# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| GENOSOURCE, LLC, | **SETTLEMENT ORDER** |
| Plaintiff/Counter-Defendant, | No. 18-cv-113-CJW-KEM |
| vs. | |
| INGURAN, LLC, *d/b/a* SEXING TECHNOLOGIES, | |
| Defendant/Counter-Plaintiff. | |
| INGURAN, LLC, *d/b/a* SEXING TECHNOLOGIES, | |
| Third-Party Plaintiff, | |
| vs. | |
| HAWKEYE BREEDER SERVICES, INC., | |
| Third-Party Defendant. | |
| INGURAN, LLC, | |
| Plaintiff, | No. 19-cv-30-CJW-KEM |
| vs. | |
| GENOSOURCE, LLC; and HAWKEYE BREEDER SERVICES, INC, | |
| Defendants. | |
| GENOSOURCE, LLC, | |
| Counter Claimant, | |
| vs. | |
| INGURAN, LLC, | |

|  |  |
|---|---|
| Counter Defendant. | |
| GENOSOURCE, LLC, | |
| Plaintiff, | No. 19-cv-59-CJW-KEM |
| vs. | |
| INGURAN, LLC, *doing business as* SEXING TECHNOLOGIES | |
| Defendant. | |

_____

The Court was advised on August 19, 2019, that the above-captioned cases have settled and that the parties anticipate taking no further action other than the filing of final dismissal pleadings pursuant to Federal Rule of Civil Procedure 41(a).

1. The Clerk of Court is directed to close these cases for statistical purposes and remove them from the trial calendar.

2. Dismissal pleadings must be filed within **thirty (30) days** of the date of this Order. If dismissal under Federal Rule of Civil Procedure 41(a) has not been sought in each of these cases within **thirty (30) days** of the date of this Order, and if the parties have not filed a joint status report in each of these cases within **thirty (30) days** of the date of this Order, each of these cases will be dismissed following notice pursuant to Local Rule 41(c).

**IT IS SO ORDERED** this 19th day of August, 2019.

_____
C.J. Williams
United States District Judge
Northern District of Iowa

2